No. 973.—Santos, peticionaria, v. Corte de Distrito de Ponce, dmda. Septiembre 29, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, un auto de *certiorari* fué expedido en este caso como resultado de los hechos alegados en la solicitud, demostrativos de ciertos supuestos errores de procedimiento cometidos por la corte de distrito y de una supuesta falta de jurisdicción en ésta; y

Por cuanto, ante los hechos revelados por el *return*, comprensivo del récord completo de lo que ocurrió ante la Comisión de Indemnizaciones a Obreros y ante la corte de distrito, quedan subsanados los defectos del recurso de revisión y desvanecidos los supuestos errores de procedimiento y la supuesta falta de jurisdicción:

Por tanto, se anula el auto expedido y se ordena la devolución a la corte de distrito de los autos originales elevados a este Tribunal de acuerdo con lo dispuesto en dicho auto.

Por la Corte, a propuesta de sus distintos jueces, se declaró *no haber lugar* a expedir el auto solicitado en los siguientes casos:

*Certioraries:* Nos. 980, 981, 982, 983; 984, 987, 988, 991, 992, 993, 994, 995, 996, 997, 998, 999, 1000, 1001, 1002, 1003, 1005.

*Autos inhibitorios:* No. 62.